**From:** Audi, John <JAudi@sweetstevens.com>
**Sent:** Monday, May 7, 2018 11:14 AM
**To:** Dwyer, Annemarie [PA]
**Cc:** Iain Strachan (IainS@cciu.org)
**Subject:** RE: CCIU Harmer Dismissal

Annemarie,
The CCIU agrees to waive the steps and go directly to arbitration. Please request a panel from the BOM.
Thanks.
John

**John G. Audi**
SWEET | STEVENS | KATZ | WILLIAMS
2 S. Main Street, Suite 303
Pittston, PA 18640
570-654-2210, ext. 136
jaudi@sweetstevens.com
www.sweetstevens.com

THE INFORMATION CONTAINED IN THIS EMAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS NAMED ABOVE. This message and any attachments may be an attorney-client communication or may be protected by lawful privilege or statutory confidentiality requirements and as such is privileged and confidential and not subject to disclosure. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (215-345-9111) or return email and delete the material from any computer, without copying. Thank you.

**From:** Dwyer, Annemarie [PA]
**Sent:** Monday, May 7, 2018 10:22 AM
**To:** 'JAudi@sweetstevens.com' <JAudi@sweetstevens.com>
**Subject:** CCIU Harmer Dismissal

Dear John,
On behalf of the Association, I am writing to request the waiver of the remaining grievance steps for this grievance. I look forward to the Employer's response.
Thank you.
Annemarie Dwyer

******************************************
Annemarie Dwyer, Esquire
Pennsylvania State Education Association
Legal Division
1512 McDaniel Drive
West Chester, PA 19380
Phone: 610-425-3125
FAX: 610-430-0596
Email: adwyer@psea.org

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

NOTICE: Only the individual sender is responsible for the content of the message, and the message does not necessarily reflect the position or policy of the Pennsylvania State Education Association.